JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEMENTS SPIRITS INC., | CASE NO. SACV 12-00510-DOC(MLGx) |
| **Plaintiff(s),** | |
| v. | ORDER DISMISSING CIVIL ACTION |
| GRACE KIM BRANDI, | |
| **Defendant(s).** | |

The Court issued an Order to Show Cause re: Lack of Prosecution on August 16, 2012, Plaintiff was ordered to show cause in writing no later than August 31, 2012, why this action should not be dismissed. Plaintiff has failed to file any response to the Order to Show Cause.

IT IS ORDERED that this action is hereby dismissed without prejudice for lack of prosecution

DATED: September 6, 2012

_____
DAVID O. CARTER
United States District Judge